**EXHIBIT F – 2-B**

# Exhibit 2: The National Security Agency (NSA): "NSA Playkit"

The National Security Agency (NSA) has constructed track and trace and other communications and signals intelligence, i.e., "comint" and "sigint" devices that must use plaintiff's microwire and/or plaintiff's radio frequency patents to achieve optimal performance.  NSA is using these current generation devices for multiple classified uses, including cyber surveillance and submarine assisted deep sea monitoring of optical fiber communications cables, asset targeting, human asset tracking and monitoring and much more.

# Exhibit 2. B. NSA Product Description: Universal Serial Busses (USB) for Covert Intelligence Gathering

An encoded microwire key is embedded into or onto a miniaturized chip (hardware implant) along with covert software that is inserted into USB devices. The microwire provides a radio frequency link that allows for infiltration and exfiltration of data. The computers or personal electronic devices to which encoded microwire USB keys are attached can be remotely controlled and monitored. The encoded microwire USB keys can also be used to track the location of the attendant device by ISP address at great distances and by microwave interrogation at even greater distances by satellites.

# Government Infringement for USB Covert Intelligence Gathering



TOP SECRET//COMINT//REL TO USA, FVEY

## COTTONMOUTH-I

ANT Product Data

**(TS//SI//REL)** COTTONMOUTH-I (CM-I) is a Universal Serial Bus (USB) hardware implant which will provide a wireless bridge into a target network as well as the ability to load exploit software onto target PCs.

**(TS//SI//REL)** CM-I will provide air-gap bridging, software persistence capability, "in-field" re-programmability, and covert communications with a host software implant over the USB. The RF link will enable command and data infiltration and exfiltration. CM-I will also communicate with Data Network Technologies (DNT) software (STRAITBIZARRE) through a covert channel implemented on the USB, using this communication channel to pass commands and data between hardware and software implants. CM-I will be a GENIE-compliant implant based on CHIMNEYPOOL.

**(TS//SI//REL)** CM-I conceals digital components (TRINITY), USB 1.1 FS hub, switches, and HOWLERMONKEY (HM) RF Transceiver within the USB Series-A cable connector. MOCCASIN is the version permanently connected to a USB keyboard. Another version can be made with an unmodified USB connector at the other end. CM-I has the ability to communicate to other CM devices over the RF link using an over-the-air protocol called SPECULATION.

COTTONMOUTH CONOP
INTERNET Scenario



TOP SECRET//COMINT//REL TO USA, FVEY

# Government Infringement for
# USB Covert Intelligence Gathering

 



# Government Infringement for USB Covert Intelligence Gathering



# Government Infringement for USB Covert Intelligence Gathering





# Government Infringement for USB Covert Intelligence Gathering





# Demodulation Product Description: Universal Serial Busses (USB)

An encoded microwire key is embedded into or onto a miniaturized chip (hardware implant) along with covert software that is inserted into USB devices. The microwire provides a radio frequency link that allows for infiltration and exfiltration of data. The computers or personal electronic devices to which encoded microwire USB keys are attached can be remotely controlled and monitored. The encoded microwire USB keys can also be used to track the location of the attendant device by ISP address at great distances and by microwave interrogation at even greater distances by satellites.

# Demodulation Product Description:
# Universal Serial Busses (USB)



Cottonmouth I



Cottonmouth II



Cottonmouth III

Micorwire

A strand of microwire is laterally embedded along the outside of the red signal carrier line in a USB cable to "read" emanations in real time.

A miniaturized chip embedded with microwire is placed in the USB device

# Technical Drawing of Infringement

| Component Description/Labeling |
|---|
| 1. Magnetic Transducer – Microwire (encoded) inserted into USB plug structure |
| 2. Magnetic modulation – adjacent signal / data modulates microwire transducer |
| 3. Transmitter Source –<br>a. Remote RF System (Tx/Rx or Discrete)<br>b. Co-opted System (e.g. WiFi Router)<br>c. On-board (hardware implant) with USB plug |
| 4. Receiver of Signal –<br>a. Remote RF System (Tx/Rx or Discrete)<br>b. Co-opted System (e.g. WiFi Router) |
| 5. RF Controller, Signal Processing of Return Signal w/Internet Backhaul |

