# EXHIBIT F – 9

# Passive microwire enhanced Radio Frequency Identification Devices (PRFID) used by the Government

The U.S. Government is procuring passive Radio Frequency Identification Devices (PRFID) from contractors that are built in accordance with military provided specifications. These specifications call for the manufacture of passive RFID tags that use embedded microwire. The tags are activated by movement within the earth's gravitational filed or when interrogated by an electromagnetic field at near and far distances by radio frequency signals.

# Inference of Government Infringement for Passive Radio Frequency Identification (RFID) Tags



"As DOD finds the right path to a synchronized, integrated use of RFID throughout the supply chain, some customers are enjoying the benefits of successful, small-scale implementations. Implementing RFID use across DOD logistics all at one time is impossible. However, these projects are producing tangible benefits and demonstrating uses that break barriers, help others to see the value of RFID, and identify technical solutions that can be applied across the enterprise…. Passive RFID uses less expensive tags that work by waiting for an active tag (or some other signal) to trigger a limited-range radio transmission. Each of the services has invested in passive RFID equipment, and three of them are showing particular promise in how they are implementing this technology. The Navy has shown the potential for a positive return on these investments. The Air Force is using passive RFID to increase its control of special items. And the Marine Corps is starting to use passive RFID to support receipt of supplies at its large bases."

# Passive microwire enhanced Radio Frequency Identification Devices (PRFID) used by the Government

Demodulation passive microwire enhanced Radio Frequency Identification Devices (PRFID) are activated by movement within the earth's gravitational filed or when interrogated by an electromagnetic field at near and far distances by radio frequency signals.

# Passive microwire enhanced Radio Frequency Identification Devices (PRFID) used by the Government



Microwire

Different configurations of microwire enabled PRFID tags

# Passive microwire enhanced Radio Frequency Identification Devices (PRFID) used by the Government



# Technical Drawing of Infringement



2.4GHz RFID Tags typically 1 in²

**Schematic:**
- **Reader emits Electromagnetic (EM) Field.**
- **Induces magnetic field applied to Tag.**
- **Tag's L-C-R & Chip, replies with modulated signal transmitted to Reader Receiver.**

