# EXHIBIT I

✳

Follow The $ AT Callagy Law

Investor George Pussin Advancing Big Bucks For Entire Callagy Staff on Persentage of Pay out.

Reminds me of Mel Brooks "Producers" only works if it is a Flop.

To me Too many errors inside The Firm To Be Simple Mistake's.

#1 To Interview is John Hinato I Believe He Has Critical Information To your Understanding of The Truth.

ACAT001-00035